IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>AT&T FIBER OPTIC CABLE INSTALLATION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>1:01-cv-1837-DFH-TAB (9-M Corportion) | 1:99-ml-9313-DFH-TAB<br>MDL Docket No. 1313<br><br><br><br>(MINNESOTA ACTIVE LINES) |

**PLAINTIFF'S MOTION
TO CERTIFY A SETTLEMENT CLASS AND FINALLY APPROVE THE PROPOSED
SETTLEMENT AGREEMENT**

Plaintiff, 9-M Corporation, on behalf of itself, and all others similarly situated, by counsel, having previously submitted the "Minnesota 'Telecommunication Cable' Railroad Corridor Class Settlement Agreement," executed on October 20, 2004 ("Settlement") and preliminarily approved by this Court on October 22, 2004, requests the court certify a FRCP Rule 23(b)(3) settlement class as set forth therein and finally approve the proposed Settlement.

In support of this Motion, Plaintiff shows the Court as follows:

1. On November 6, 1996, Plaintiff Vera J. Hinshaw and others filed a class action against the defendants in the Hamilton Superior Court No. 1, *Vera J. Hinshaw, et al v. AT&T Corporation, et al.*, Cause No. 29D01-9705-CP-308 ("Hinshaw").

2. On August 21, 1998, a nationwide Class was certified in such action and Settlement Class Counsel were appointed by the Hamilton Superior Court No. 1 to represent the described class of landowners.

3. On September 18, 1998, AT&T removed the *Hinshaw* case to this Court.

4.      Substantial discovery was accomplished in this case and in related class actions. Further informal exchange of information has been accomplished since September of 1998, during which months of intense, arm's length, settlement negotiations at various intervals has taken place between the parties.  During these negotiations it was agreed that the parties would attempt to resolve on a state-by-state basis the claims of the various members of the certified class, first for claims relating to property that railroads abandoned for railroad purposes, and second, for claims relating to property in active use by railroads.

5.      Plaintiffs have filed separate statewide causes of action in various states concerning both active and abandoned railroad lines, pipeline and utility easements, which may be consolidated for pre-trial purposes, including settlement, in this Court.

6.      The Settlement that is being presented to this Court for final approval with this Motion relates to a statewide Minnesota class of class members whose properties adjoin active railroad corridors in which AT&T has installed its cable.  The Court conditionally certified this Settlement Class and preliminarily approved the proposed Settlement on October 22, 2004.

7.      This Settlement provides a net cash compensation to the qualifying Class Members in the amount of $2.00 per linear foot of frontage, subject to a 30% multi-user discount where applicable.  In addition, the non-cash benefits include the relinquishment by AT&T of any interest in the corridor other than the 16½ foot easement granted as part of this settlement and the opportunity to participate in a "corridor enterprise".  All benefits under the settlement are more particularly described in the Settlement Agreement and the Court Notice attached thereto which was mailed to all known potential class members on January 24, 2005.

8. The Court Notice gave a fair, reasonable and adequate explanation of the terms of the settlement and the benefits which the Class Members could obtain. The Court Notice provided a toll-free number for the Claims Office where further information as to the administrative mechanics of settlement implementation could be obtained. The Court Notice also identified a web site on the Internet which was created for this purpose. A separate toll-free number was provided for calls to Class Counsel to obtain answers to any legal questions which would assist the Class Members in making their decisions.

9. Legal authority and further support for this Motion is set forth in Plaintiff's Memorandum in support thereof.

WHEREFORE, Class Representative, 9-M Corporation, by counsel, requests that this Court grant the relief sought in this Motion and for all other proper relief in the premises.

        Respectfully submitted,

 s/ Henry J. Price
Henry J. Price
Arlene G. Anderson
**PRICE WAICUKAUSKI RILEY & DEBROTA, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
FAX: (317) 633-8797
Email: hprice@price-law.com
Email: aanderson@price-law.com

Nels Ackerson
**ACKERSON KAUFFMAN FEX, P.C.**
1250 H Street, N.W., Suite 850
Washington, DC 20005-3952
Telephone: (202) 833-8833
FAX: (202) 833-8831
Email: nackerson@ackersonlaw.com

Roger C. Johnson
**KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT**
2020 K Street, Northwest, Suite 500
Washington, D.C. 20006
Telephone: (202) 659-5500
FAX: (202) 785-3719
Email: rjohnson@koonz.com

John B. Massopust
Daniel J. Millea
**ZELLE HOFMANN VOELBEL MASON & GETTE, LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
FAX: (612) 336-9100
Email: jmassopust@zelle.com
Email: dmillea@zelle.com

        **ATTORNEYS FOR THE CLASS REPRESENTATIVE
        AND MEMBERS OF THE CLASS**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 11, 2005, a copy of the foregoing *Plaintiff's Motion to Certify a Settlement Class and Finally Approve the Proposed Settlement Agreement* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**James M. Boyers**
WOODEN & MCLAUGHLIN, LLP
jboyers@woodmaclaw.com

**Howard N. Feldman**
DICKSTEIN SHAPIRO MORIN
& OSHINSKY, LLP
feldmanh@dsmo.com

**Lois J. Lipton**
ROBINSON CURLEY & CLAYTON PC
llipton@robinsoncurley.com
lois.lipton@sbcglobal.net

**Susan Littell**
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
littells@dsmo.com

**Frances J. Miller**
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
millerf@dsmo.com

**Peter W. Morgan**
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
morganp@dsmo.com

**Nicholas C. Nizamoff**
STUART & BRANIGIN
ncn@stuartlaw.com

**B. Haven Walling, Jr.**
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
wallingb@dsmo.com

**Nancy Winkelman**
SCHNADER HARRISON SEGAL & LEWIS LLP
nwinkelman@schnader.com

**William P. Wooden**
WOODEN & MCLAUGHLIN, LLP
wwooden@woodmaclaw.com

    s/ Henry J. Price
    Henry J. Price