**EXHIBIT 9**

**Cover Letter from Court for Non-Cable-side Class Members**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

PROPOSED OHIO ASHLAND TO MANSFIELD
"TELECOMMUNICATION CABLE"
RAILROAD CORRIDOR CLASS SETTLEMENT

To Class Member:

Enclosed for your attention and consideration are:

- a Notice (white) describing the terms of the proposed settlement, your rights and options (to obtain benefits under, oppose, or exclude yourself from the settlement) and the process the Court will follow in deciding whether or not to approve the settlement.

- a Request Form (green) to be used by a property owner who is (a) requesting a Claim Form, and/or (b) opting out of the "Corridor Enterprise." Please return the Request Form promptly to:

    Claims Administrator
    Ashland to Mansfield Island Case
    TeleCable Settlement Center
    Attn: Claims
    P.O. Box 165117
    Irving, TX 75016-5117

- an Exclusion Form (pink), to be used by a Class Member who wants to exclude himself or herself from the settlement and not to participate in its benefits. **To "opt out" from settlement benefits, the Exclusion Form must be returned no later than June 11, 2012.**

- a Question and Answer paper (white), answering basic settlement questions.

As explained in the Court Notice, you may wish to consult an attorney about your rights and options. You may also obtain further information by contacting the TeleCable Settlement Center at 1-877-773-1183 or ashlandtomansfield@axxionadmin.com; by accessing the settlement home page on the Internet at https://ebiznet.att.com/settlements; or by seeking legal assistance from Class Counsel by calling 317-633-8791 or by e-mailing questions to bcatlin@price-law.com. You should save these materials for future reference. **All claims must be filed no later than July 31, 2012.**

\s\ David F. Hamilton
_____
David F. Hamilton
Judge, United States Court of Appeals for
the Seventh Circuit (Sitting by Designation,
United States District Court, Southern
District of Indiana)