IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: <br><br> AT&T FIBER OPTIC CABLE INSTALLATION LITIGATION <br><br> THIS DOCUMENT RELATED TO: <br><br> 1:12-cv-7026-DFH-TAB (Markel) | ) ) ) ) 1:99-ml-9313-DFH-TAB ) MDL Docket No. 1313 ) ) ) ) (OHIO ASHLAND TO ) MANSFIELD ACTIVE LINES) ) ) ) |

**ORDER
AUTHORIZING CLOSURE AND DISPOSAL OF SURPLUS FUNDS
IN THE OHIO ASHLAND TO MANSFIELD
TELECABLE RAILROAD CORRIDOR CLASS SETTLEMENT FUND**

This matter came before the Court upon the Defendants' Consent Motion for Authorization to Close and Dispose of Surplus Funds in the Ohio Ashland to Mansfield TeleCable Railroad Corridor Class Settlement Fund. Class Counsel has agreed to the relief requested. The Court, being duly advised in the premises, now finds that said motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that (1) Straup Solutions, LLC, upon payment of final administration invoice of Straup Solutions, LLC from the Administrative Account, shall close the Ohio Ashland to Mansfield TeleCable Railroad Corridor Class Settlement Fund, including the Claimant and Administrative Accounts, and (2) Straup Solutions, LLC shall remit any residual fund balances remaining in these accounts upon closure to AT&T.

ENTERED this 8th day of February, 2013.

_____
DAVID F. HAMILTON, JUDGE
G]H]b[ ˙Vm̃8 Yg][ bUh]cb

**DISTRIBUTION TO:**

**Nels J. Ackerson**
ACKERSON KAUFFMAN FEX
nels@ackersonlaw.com

**Henry J. Price**
PRICE WAICUKAUSKI & RILEY, LLC
hprice@price-law.com

**James M. Boyers**
WOODEN & MCLAUGHLIN, LLP
jboyers@woodmaclaw.com

**Howard N. Feldman**
DICKSTEIN SHAPIRO LLP
feldmanh@dicksteinshapiro.com

**B. Haven Walling, Jr.**
DICKSTEIN SHAPIRO LLP
wallingb@dicksteinshapiro.com

683225-1 (135-0023)