UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: AT&T FIBER OPTIC CABLE LITIGATION | ) ) ) ) | 1:99-ml-9313-DFH-TAB<br><br>MDL Docket 1313 |

**ORDER CONCLUDING MULTI-DISTRICT LITIGATION
AND CLOSING MASTER CASE**

This multi-district litigation was initiated by an order of the Judicial Panel on Multidistrict Litigation dated December 13, 1999.  During the pendency of this MDL, a total of forty-four (44) separate class action cases were transferred to this district for centralized proceedings, pursuant to 28 U.S.C. § 1407.  Of the cases that were transferred, these MDL proceedings resolved forty-three (43) cases through class action settlements and remanded one case to its originating district for trial.

With diligent work and able advocacy in the cases by counsel, and Claims Administrator Jon D. Noland, all matters that were submitted to this court in this multi-district litigation have now been resolved.  The clerk is thus directed to close the above-captioned case on the court's docket.

Date:   February 19, 2013

_____
DAVID F. HAMILTON, JUDGE
G]H]b[ ˙Vm̃8 Yg][ bUh]cb

Copies to:

Nels John Ackerson
ACKERSON KAUFFMAN FEX PC
nackerson@ackersonlaw.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmclaw.com

Howard N. Feldman
DICKSTEIN SHAPIRO MORIN & OSHINSKY
feldmanh@dicksteinshapiro.com

Roger Coleman Johnson
KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT
rjohnson@koonz.com

Susan  Littell
DICKSTEIN SHAPIRO MORIN & OSHINSKY
littells@dicksteinshapiro.com

Daniel James Millea
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
dmillea@zelle.com

Frances J. Miller
DICKSTEIN SHAPIRO MORIN & OSHINSKY
feldmanh@dicksteinshapiro.com

Peter Webb Morgan
DICKSTEIN SHAPIRO MORIN & OSHINSKY
morganp@dicksteinshapiro.com

Henry J. Price
PRICE WAICUKAUSKI & RILEY
hprice@price-law.com

B. Haven Walling Jr.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
wallingb@dicksteinshapiro.com